**Wayne L. LOUIE, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 03–3154.

United States Court of Appeals, Federal Circuit.

DECIDED: April 3, 2003.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**KOYO SEIKO CO. LTD., Koyo Corporation of U.S.A., NSK Ltd., and NSK Corporation, Plaintiffs,**

and

**NTN Bearing Corporation of America, NTN Corporation, and American NTN Bearing Manufacturing Corporation, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**The Timken Company, Defendant–Appellee.**

No. 03–1060.

United States Court of Appeals, Federal Circuit.

DECIDED: April 4, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).